**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **TIM CARUSO, #B-75626,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**C/O FUHRMAN and LT. COLLIER,** )<br>)<br>**Defendants.** ) | **CIVIL NO. 10-cv-877-JPG** |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter is before the Court on Plaintiff's Motion to Voluntarily Dismiss (Doc. 17).

Voluntary withdrawal of his claim is Plaintiff's right; accordingly, Plaintiff's motion is

**GRANTED**.  This action is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff's obligation to pay the filing fee for this action was incurred at the time the

action was filed, thus the filing fee of $350 remains due and payable.  *See* 28 U.S.C. §

1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7ᵗʰ Cir. 1998).

The Clerk's office is directed to close the file.

**IT IS SO ORDERED.**

**DATED:  April 4, 2011**

_____*s/J. Phil Gilbert*_____
**United States District Judge**